UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents*, LEAH MCGHEE AND CHAD MCGHEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSON COUNTY BOARD OF EDUCATION; *and* ERIC R. ANDERSON, *in his individual capacity*,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of James J. McQuaid of Liberty Justice Center as counsel of record for Plaintiff in the above-captioned civil action.

Mr. McQuaid certifies that he is an active member in good standing of the Bar of the Supreme Court of Illinois. Mr. McQuaid further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to

1

control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. McQuaid is appearing in the above-captioned civil action in association with Troy Shelton and Craig Schauer of Dowling PLLC. Mr. Shelton and Mr. Schauer are active members in good standing with the Bar of this Court. Mr. Shelton and Mr. Schauer certify that they will remain responsible to this Court for the conduct of the litigation and acknowledge that at least one of them must sign all pleadings and papers, except for certificates of service. Mr. Shelton and Mr. Schauer further certify that at least one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: June 6, 2024

| | |
|---|---|
| /s/ Troy D. Shelton<br>Troy D. Shelton<br>N.C. State Bar No. 48070<br>tshelton@dowlingfirm.com<br>Craig D. Schauer<br>N.C. State Bar No. 41571<br>cshelton@dowlingfirm.com<br>DOWLING PLLC<br>3801 Lake Boone Trail, Suite 260<br>Raleigh, North Carolina 27607<br>Telephone: (919) 529-3351 | /s/ James McQuaid<br>James McQuaid*<br>M.E. Buck Dougherty III**<br>Dean McGee**<br>LIBERTY JUSTICE CENTER<br>440 N. Wells Street, Suite 200<br>Chicago, Illinois 60654<br>(312) 637-2280 - telephone<br>jmcquaid@libertyjusticecenter.org<br>bdougherty@libertyjusticecenter.org<br>dmcgee@libertyjusticecenter.org<br>*special appearance*<br>**special appearance forthcoming*<br>*Attorneys for Plaintiff C.M.* |

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all Defendants by sending through the United States mail to the Defendants, addressed as follows:

Alan Beck
Chairman, Davidson County Board of Education
250 County School Road
Lexington, NC 27292

Eric R. Anderson
2747 NC Hwy. 47
Lexington, NC 27292

/s/ James McQuaid
James McQuaid