UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents,* <br> LEAH McGHEE *and* CHAD McGHEE, <br><br> Plaintiff, <br><br> v. <br><br> DAVIDSON COUNTY SCHOOL <br> DISTRICT BOARD OF EDUCATION; <br> *and* ERIC R. ANDERSON, in his <br> individual capacity, <br><br> Defendants. | **JOINT LOCAL RULE 5.5 REPORT <br> FOR THE FILING OF SEALED <br> DOCUMENTS** |

NOW COME the Plaintiff C.M. a minor, through his parents, Leah McGhee and Chad McGhee, and Defendants, by and through their undersigned counsel of record, and hereby submit this Joint Local Rule 5.5 Report for the Filing of Sealed Documents.

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 5.4(b)(1), a meeting was held on June 18, 2024 via telephone conference and was attended by the undersigned counsel for the parties.

2. Conference: The parties have discussed the issues of confidentiality raised in this case and the need for filing portions of documents under seal as required by Family Educational Rights and Privacy Act ("FERPA") pursuant to 20 U.S.C. § 1232(g) and 34 C.F.R. Part 99. That discussion included the nature of any confidential documents that may be involved in the case, to the extent possible, the possibility of using stipulations

to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal. The parties agree to have further discussions regarding a potential agreement as to the disclosure of information protected by FERPA to determine whether their clients consent to the disclosure by Defendants after the court orders disclosure of the redacted information in the Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and accompanying exhibits to the Plaintiff's counsel for use in the litigation of this matter.

3. The parties certify that there will be portions of several documents which will need to be filed under seal because of the Family Education Rights and Privacy Act ("FERPA") as this case involves minors in an educational setting and information otherwise protected by FERPA. The parties otherwise agree to use the default procedures of LR 5.4(c).

This the 28th day of June, 2024.

                        CRANFILL SUMNER LLP

BY:   /s/ Ryan D. Bolick
        Ryan D. Bolick, NC Bar #26482
        Maria Aguilera, State Bar #59479
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        rbolick@cshlaw.com
        maguilera@cshlaw.com
        *Attorneys for Defendants Davidson County School District Board of Education and Eric R. Anderson*

DOWLING PLLC

BY: */s/ Troy D. Shelton*
Troy D. Shelton, State Bar #48070
Craig D. Schauer, State Bar #41571
3801 Lake Boone Trail, Suite 260
Raleigh, NC 27607
Telephone: (919) 529-3351
Email: tshelton@dowlingfirm.com
cshelton@dowlingfirm.com
*Attorneys for Plaintiff*

LIBERTY JUSTICE CENTER

BY: */s/ Dean McGee*
Dean McGee
M.E. Buck Dougherty III
James McQuaid
440 N. Wells Street, Suite 200
Chicago, IL 60654
Telephone: (312) 637-2280
Email: bdougherty@libertyjusticecenter.org
dmcgee@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org
*Attorneys for Plaintiff*