UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C.M., *a minor, through his parents,* LEAH McGHEE *and* CHAD McGHEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; *and* ERIC R. ANDERSON, in his individual capacity,<br><br>Defendants. | Civil Action No. 24-CV-380 |

## ORDER

This matter is before the Court on Plaintiff's Consent Motion for Extension of Time to File Plaintiff's Reply in Support of Preliminary Injunction, (ECF No. 28).

Based on the representations to the Court and for good cause shown,

**IT IS HEREBY ORDERED** that the deadline to file Plaintiff's Reply in Support of Preliminary Injunction is extended to seven days after counsel for Defendants transmits unredacted copies of Defendants' Opposition to Motion for Preliminary Injunction and supporting exhibits to counsel for Plaintiff pursuant to the Court's Order on Defendants' Motion to Seal.

This the 12th day of July 2024.

/s/ Loretta C. Biggs
United States District Judge