UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 24-cv-380

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

**ORDER**

This Court, having considered Defendants' Motion for Extension of Time to Comply with Court Order [DE 35], has determined that, for good cause shown and with consent of the Plaintiff, the motion should be granted.

It is THEREFORE, ORDERED, ADJUDGED, AND DECREED that if the former minor child involved in the incident that is the subject of this suit has not objected to disclosure of educational records or information by January 20, 2025, Defendants shall produce unredacted copies of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and accompanying exhibits on January 20,2025 and by February 5, 2025, Defendants will confer with Plaintiff's counsel to determine whether or to what extent Plaintiff will consent to the public filing of information related to the minor Plaintiff but

currently redacted in the public filings. The remaining directives in the order shall remain in effect.

This the 6th day of January, 2025.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**