UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents,* LEAH McGHEE *and* CHAD McGHEE, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION** |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; *and* ERIC R. ANDERSON, in his individual capacity, | )<br>)<br>)<br>)<br>) |
| Defendants. | |

NOW COMES Plaintiff C.M., by and through undersigned counsel, and hereby requests an extension of time to file his Reply in Support of Preliminary Injunction ("Reply").

In support of this motion, Plaintiff provides the following:

1. Plaintiff filed his Motion for Preliminary Injunction ("PI Motion") on June 4, 2024.

2. Defendants' Response in Opposition to Motion for Preliminary Injunction ("PI Opposition") and supporting documents (filed June 28, 2024) contain redacted information.

3. Plaintiff was unable to adequately respond to Defendants' Response in the absence of an unredacted version of the PI Opposition and its supporting exhibits.

1

4. Plaintiff moved, and Defendant did not object, for an extension of the deadline for Plaintiff to file his Reply until 7 days after receipt of unredacted copies of Defendants' PI Opposition. *See* Dkt. 27, Dkt. 28.

5. The Court granted this motion. Dkt. 29.

6. On January 6, 2025, this Court ordered Defendants to produce unredacted copies of the PI Opposition and supporting exhibits by January 20, 2025.

7. During the week of December 20, 2025, Plaintiff's lead counsel was out of town attending to a hospitalized family member.

8. Defendants' counsel consents to this motion.

9. This motion is filed in good faith for the reasons stated, and not for purposes of delay.

WHEREFORE, Plaintiff hereby requests that the Court enter an order extending the deadline to file his Reply through February 7, 2025.

This the \_\_\_\_ day of _____, 2025.

/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351

/s/ Dean McGee
M.E. Buck Dougherty III (special appearance forthcoming)
Dean McGee (special appearance entered)
James McQuaid (special appearance entered)
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 481-4400