IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:24CV380 |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This Court, having considered Plaintiff's Motion for Extension of Time to File Reply in Support of Preliminary Injunction, has determined that, for good cause shown and with consent of the Defendant, the motion should be granted.

It is **THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Extension of Time to File Reply in Support of Preliminary Injunction is **GRANTED**. Plaintiff's Reply in Support of Preliminary Injunction is due February 7, 2025.

This, the 6th day of February 2025.

/s/ Loretta C. Biggs
United States District Judge