UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents,* LEAH McGHEE *and* CHAD McGHEE, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S UNOPPOSED MOTION** |
| v. | ) **FOR EXTENSION OF TIME FOR ALL** |
| | ) **PENDING CASE DEADLINES** |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; *and* ERIC R. ANDERSON, in his individual capacity, | )<br>)<br>)<br>)<br>) |
| Defendants. | |

Plaintiff C.M., by and through undersigned counsel, hereby requests on behalf of all parties an extension of time to (1) file Plaintiff's Reply in Support of Preliminary Injunction ("Reply"); (2) meet and confer regarding the redaction of documents; and (3) file Defendants' Amended Opposition to Plaintiff's Injunction.

In support of this motion, Plaintiff states the following:

1. Plaintiff filed his Motion for Preliminary Injunction ("PI Motion") on June 4, 2024.

2. Defendants' Response in Opposition to Motion for Preliminary Injunction ("PI Opposition") and supporting documents (filed June 28, 2024) contain redacted information.

1

3. Plaintiff was unable to adequately respond to Defendants' Response in the absence of an unredacted version of the PI Opposition and its supporting exhibits.

4. Plaintiff moved, and Defendant did not object, for an extension of the deadline for Plaintiff to file his Reply until 7 days after receipt of unredacted copies of Defendants' PI Opposition. *See* Dkt. 27, Dkt. 28.

5. The Court granted this motion. Dkt. 29.

6. On January 6, 2025, this Court ordered Defendants to produce unredacted copies of the PI Opposition and supporting exhibits by January 20, 2025, to meet and confer regarding the redaction of documents by February 5, 2025, and for Defendants' counsel to file unredacted documents by February 10, 2025.

7. On February 6, 2025, this Court granted Plaintiff's unopposed motion to extend time to file its reply brief to February 7, 2025.

8. Since the filing of the above referenced motion, the Parties have made substantial progress in negotiating a potential settlement of this matter. Accordingly, the Parties believe it is in their interest and the interest of judicial economy to seek an additional extension of all existing deadlines in order to facilitate settlement discussions.

9. This motion is filed in good faith for the reasons stated, and not for purposes of delay.

WHEREFORE, the Parties jointly request that the Court enter an order extending: (1) Plaintiff's deadline to file his Reply through February 21, 2025; (2) extending the Parties' deadline to meet and confer to determine whether or to what extent Plaintiff will

consent to the public filing of information related to the minor Plaintiff but currently redacted in the public filings through February 19, 2025; and (3) extending Defendants' deadline to file an Amended Opposition to Plaintiff's Injunction to February 24, with the only change being a removal of any redactions to which Plaintiff's guardians, through counsel, have consented to disclose and have waived any protections of that information from disclosure under FERPA.

February 6, 2025

/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351

/s/ James McQuaid
M.E. Buck Dougherty III (special appearance forthcoming)
Dean McGee (special appearance entered)
James McQuaid (special appearance entered)
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 481-4400