UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 24-cv-380

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE, ) ) ) ) Plaintiffs, ) ) v. ) ) DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity, ) ) ) ) ) ) ) Defendants. | **ORDER** |

This Court, having considered Plaintiff's Motion for Extension of Time for All Pending Case Deadlines, has determined that, for good cause shown and with consent of the Defendant, the motion should be granted.

The following is THEREFORE, ORDERED, ADJUDGED, AND DECREED: that Plaintiff's Motion is GRANTED. It is hereby ordered that (1) Plaintiff's deadline to file his Reply is extended through February 21, 2025; (2) the Parties' deadline to meet and confer to determine whether or to what extent Plaintiff will consent to the public filing of information related to the minor Plaintiff but currently redacted in the public filings is extended through February 19, 2025; and (3) Defendants' deadline to file an Amended Opposition to Plaintiff's Injunction is extended to February 24.

This the _____ day of _____, 2025.

_____
United States District Judge