IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE,<br><br>        Plaintiffs,<br><br>v.<br><br>DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity,<br><br>        Defendants. | 1:24CV380 |

**ORDER**

This Court, having considered Plaintiff's Motion for Extension of Time for All Pending Case Deadlines, has determined that, for good cause shown and with consent of the Defendant, the motion should be granted.

The following is **THEREFORE, ORDERED, ADJUDGED, AND DECREED**: that Plaintiff's Motion is **GRANTED**.

It is hereby **ORDERED** that (1) Plaintiff's deadline to file his Reply is extended through February 25, 2025; (2) the Parties' deadline to meet and confer to determine whether or to what extent Plaintiff will consent to the public filing of information related to the minor Plaintiff but currently redacted in the public filings is extended through February 24, 2025; and (3) Defendants' deadline to file an Amended Opposition to Plaintiff's Injunction is extended to February 28, 2025, with the only change being a removal of any redactions to

which Plaintiff's guardians, through counsel, have consented to disclose and have waived any protections of that information from disclosure under FERPA.

This, the 24th day of February 2025.

/s/ Loretta C. Biggs
United States District Judge