No. 24-cv-380

**CERTIFICATE OF WORD COUNT**

The undersigned certifies pursuant to LR 7.3(d) that the Reply Brief In Support of Plaintiff's Motion for Preliminary Injunction does not exceed 3,125 words in compliance with this Rule. The Reply Brief contains 3,052 words, as determined by the word count feature on Microsoft Word. The word count includes the body of the brief, headings, and footnotes. The word count does not include the caption, signature lines, certificate of service, and any cover page or index.

Respectfully submitted,

/s/ James J. McQuaid