UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents,* LEAH McGHEE *and* CHAD McGHEE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **JOINT MOTION FOR EXTENSION OF**<br>) **TIME FOR ALL PENDING CASE**<br>) **DEADLINES** |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; *and* ERIC R. ANDERSON, in his individual capacity, | )<br>)<br>)<br>)<br>) |
| Defendants. | |

The Parties, by and through Plaintiff's counsel, move for a 30-day extension of all remaining case deadlines.

In support of this motion, Plaintiff states the following:

1. The Parties have reached an agreement-in-principle to settle this case.

2. The Davidson County School District Board of Education ("Board") must vote to enter into a binding settlement agreement.

3. To give the Board time to vote to enter into the settlement, and to give the Parties sufficient time to draft settlement papers, the Parties request a 30-day extension of all case deadlines. Pursuant to L.R. 17.1(c), the Parties will also prepare a motion setting forth reasons justifying the settlement and explaining its effect upon the rights of the minor Plaintiff.

1

4. In light of the Parties' agreement, the Court need not rule on any other pending motions.

5. This motion is filed in good faith for the reasons stated, and not for purposes of delay.

WHEREFORE, the Parties jointly request that the Court enter an order extending: (1) extending the Parties' deadline to meet and confer to determine whether or to what extent Plaintiff will consent to the public filing of information related to the minor Plaintiff but currently redacted in the public filings through March 28, 2025; and (2) extending Defendants' deadline to file an Amended Opposition to Plaintiff's Injunction to April 30, with the only change being a removal of any redactions to which Plaintiff's guardians, through counsel, have consented to disclose and have waived any protections of that information from disclosure under FERPA.

February 28, 2025

/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351

/s/ James McQuaid
Dean McGee (special appearance entered)
James McQuaid (special

appearance entered)  
LIBERTY JUSTICE CENTER  
7500 Rialto Blvd.  
Suite 1-250  
Austin, TX 78735  
Telephone: (512) 481-4400