IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

C.M., a minor, through his parents, )
LEAH McGHEE and CHAD McGHEE, )
                                        Plaintiffs, )
                                        v. )            1:24CV380

DAVIDSON COUNTY SCHOOL )
DISTRICT, BOARD OF EDUCATION )
and ERIC R. ANDERSON in his )
individual capacity, )
                                        Defendants. )

**ORDER**

      This Court, having considered the Joint Motion for Extension of Time for All Pending Case Deadlines, has determined that, for good cause shown and with consent of the Defendant, the motion should be granted.

      The following is **THEREFORE, ORDERED, ADJUDGED, AND DECREED**: that Plaintiff's Motion is **GRANTED.**

      **IT IS HEREBY ORDERED** that (1) the Parties' deadline to meet and confer to determine whether or to what extent Plaintiff will consent to the public filing of information related to the minor Plaintiff but currently redacted in the public filings is extended through March 28, 2025; and (2) Defendants' deadline to file an Amended Opposition to Plaintiff's Injunction is extended to April 30, with the only change being a removal of any redactions to

which Plaintiff's guardians, through counsel, have consented to disclose and have waived any protections of that information from disclosure under FERPA.

This, the 10th day of March 2025.

/s/ Loretta C. Biggs
Senior United States District Judge