UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-380

| | | |
|---|---|---|
| C.M., *a minor, through his parents,* LEAH McGHEE *and* CHAD McGHEE, | ) ) ) | |
| Plaintiff, | ) ) | **CONSENT MOTION FOR EXTENSION** |
| v. | ) ) | **OF TIME FOR ALL PENDING CASE** |
| | ) | **DEADLINES** |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; *and* ERIC R. ANDERSON, in his individual capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

NOW COME Defendants Davidson County School District Board of Education and Eric R. Anderson, by and through undersigned counsel, and hereby request a short extension of time for the current pending deadlines in this matter (1) meet and confer with plaintiff's counsel regarding the redaction of documents; and (2) file Defendants' Amended Opposition to Plaintiff's Injunction. This request is being made because the Parties are continuing to finalize the written settlement agreement that must be approved by Defendant School Board at a set meeting. The parties are continuing to work together and more time is needed to complete the settlement process.

This court previously extended the deadline for the above-referenced issues to April 30, 2025; however, since that time the parties have worked diligently and just have a few additional issues to resolve. Unfortunately, the agreement and its approval will not be accomplished before the current deadlines for the redaction of documents and filing of

1

Defendants Amended Opposition to Plaintiff's Injunction.

WHEREFORE, the parties jointly request that the Court enter an Order extending the deadline for the parties to confer regarding the redaction of documents and for filing Defendants' Amended Opposition to Plaintiff's Injunction until May 30, 2025.

This the 25th day of April, 2025.

CRANFILL SUMNER LLP

BY: /s/ *Ryan D. Bolick*
Ryan D. Bolick, NC Bar #26482
Maria Aguilera, State Bar #59479
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
rbolick@cshlaw.com
maguilera@cshlaw.com
*Attorneys for Defendants Davidson County*
*School District Board of Education and Eric R.*
*Anderson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2025 the foregoing *CONSENT MOTION FOR EXTENSION OF TIME FOR ALL PENDING CASE DEADLINES* was filed electronically with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

CRANFILL SUMNER LLP

BY: /s/ *Ryan D. Bolick*
Ryan D. Bolick, NC Bar #26482
Maria Aguilera, State Bar #59479
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
rbolick@cshlaw.com
maguilera@cshlaw.com
*Attorneys for Defendants Davidson County School District Board of Education and Eric R. Anderson*

3