IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  1:24-cv-380<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This case is before the court on the Consent Motion for Extension of Time for all Pending Case Deadlines. (Doc. 48.) For good cause shown and with consent of the Plaintiff,

IT IS THEREFORE ORDERED that the deadline for the parties to (1) meet and confer regarding the redaction of documents; and (2) file Defendants' Amended Opposition to Plaintiff's Injunction shall be extended to May 30, 2025.

                                             /s/   Thomas D. Schroeder
                                             United States District Judge

April 28, 2025