UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 24-cv-380

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity, <br><br> Defendants. | **ORDER** |

This Court, having considered the Joint Motion for Extension of Time for All Pending Case Deadlines, has determined that, for good cause shown and with consent of the Defendant, the motion should be granted.

The following is THEREFORE, ORDERED, ADJUDGED, AND DECREED: that Plaintiff's Motion is GRANTED. It is hereby ordered that that all pending case deadlines are indefinitely suspended.

This the _____ day of _____, 2025.

_____
United States District Judge