UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents,* LEAH McGHEE *and* CHAD McGHEE, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **UNOPPOSED MOTION FOR**<br>) **EXTENSION OF TIME FOR ALL**<br>) **PENDING CASE DEADLINES** |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION; *and* ERIC R. ANDERSON, in his individual capacity, | )<br>)<br>)<br>)<br>) |
| Defendants. | |

Plaintiff, with Defendants' consent, hereby moves for an indefinite extension of all remaining case deadlines, pending resolution of Plaintiff's Motion for Settlement Approval (ECF No. 50).

In support of this motion, Plaintiff states the following:

1. The parties have reached an agreement in principle to settle this matter and have since drafted a written agreement memorializing those terms (the "Proposed Settlement").

2. If the Court grants Plaintiff's Motion for Settlement Approval, the remaining case deadlines will be rendered moot. If, for any reason, the Court denies the motion, it can reset the case deadlines at that time.

1

3. This motion is filed in good faith for the reasons stated, and not for purposes of delay.

WHEREFORE, Plaintiff requests that the Court enter an order indefinitely extending all case deadlines, including: (1) the Parties' deadline to meet and confer to determine whether or to what extent Plaintiff will consent to the public filing of information related to the minor Plaintiff but currently redacted in the public filings through; and (2) Defendants' deadline to file an Amended Opposition to Plaintiff's Injunction, with the only change being a removal of any redactions to which Plaintiff's guardians, through counsel, have consented to disclose and have waived any protections of that information from disclosure under FERPA.

May 30, 2025

/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351

/s/ Dean McGee
Dean McGee (special appearance entered)
James McQuaid (special appearance entered)
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250

2

Case 1:24-cv-00380-TDS-LPA    Document 52    Filed 05/30/25    Page 2 of 3

Austin, TX 78735
Telephone: (512) 481-4400