IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity,<br><br>    Defendants. | Case No.: 1:24cv380 |

### ORDER

This court, having considered the Joint Motion for Extension of Time for All Pending Case Deadlines (Doc. 52), has determined that, for good cause shown and with consent of the Defendant, the motion should be granted.

IT IS ORDERED that Plaintiff's Motion is GRANTED and all pending case deadlines are indefinitely suspended.

                                                   /s/   Thomas D. Schroeder
                                                United States District Judge

June 4, 2025