IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:24cv380 |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER</u>**

Pursuant to Plaintiff's Motion for Settlement Approval,

IT IS ORDERED that a hearing to approve the proposed settlement in the above-captioned action is scheduled for July 1, 2025, at 10:00 a.m. in Winston-Salem, Courtroom # 2, pursuant to local rule 17.1(c).

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

June 4, 2025