# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents*, LEAH MCGHEE AND CHAD MCGHEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSON COUNTY BOARD OF EDUCATION; *and* ERIC R. ANDERSON, *in his individual capacity*,<br><br>Defendants. | **PLAINTIFF'S SUPPLEMENTAL MOTION FOR SETTLEMENT APPROVAL** |

Plaintiff C.M., a minor, through his parents Leah McGhee and Chad McGhee, files this supplemental motion for approval of a proposed revised settlement (the "Revised Settlement") pursuant to LR 17.1(c), against Defendant Davidson County Board of Education (the "Board") and Eric R. Anderson.

This Motion is intended to supplement the May 30, 2025 Motion for Settlement Approval (ECF No. 50) (the "Initial Motion") and Proposed Settlement (ECF No. 51). A redlined copy of the Revised Settlement showing changes from the initial Proposed Settlement is attached hereto and, by agreement of the Parties, is submitted under seal. The Parties maintain that

the Revised settlement is fair, reasonable, and in the best interest of the minor Plaintiff for the same reasons set forth in the Initial Motion.

## **REQUEST FOR RELIEF**

WHEREFORE, C.M. respectfully requests that the Court approve the Revised Settlement at the hearing scheduled for July 1, 2025.

Dated: June 30, 2025

Respectfully submitted,
/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351


/s/ Dean McGee
Dean McGee (special appearance entered)
dmcgee@ljc.org
James McQuaid (special appearance entered)
jmcquaid@ljc.org
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 481-4400