UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents*, LEAH MCGHEE AND CHAD MCGHEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSON COUNTY BOARD OF EDUCATION; *and* ERIC R. ANDERSON, *in his individual capacity*,<br><br>Defendants. | **PLAINTIFF'S MOTION TO SEAL** |

Plaintiff C.M., a minor, through his parents Leah McGhee and Chad McGhee, respectfully moves the Court for an order, pursuant to Federal Rules of Civil Procedure 5.2(d) and Local Civil Rule 5.4 to allow Defendant to file Exhibit A (the "Revised Settlement") to Plaintiff's Supplemental Motion for Settlement Approval under seal.

Judge Biggs previously granted Defendants' motion to seal documents recognizing that this case implicates issues of student privacy rights under the Family Educational Rights and Privacy Act, *see* 20 U.S.C. § 1232(g); see also 34 C.F.R. Part 99 ("FERPA"), *see* ECF No. 35; July 17, 2024 text order (adopting the Parties report under Local Rule 5.5) (Auld, M.J.). Defendants

1

have also clarified their position that confidentiality provisions within the Revised Settlement further support sealing, and Plaintiff does not object to that request here.

## REQUEST FOR RELIEF

WHEREFORE, for the reasons set forth herein Plaintiff respectfully requests that the Revised Settlement be filed under seal.

Dated: June 30, 2025

Respectfully submitted,
/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351


/s/ Dean McGee
Dean McGee (special appearance entered)
dmcgee@ljc.org
James McQuaid (special appearance entered)
dmcgee@ljc.org
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 481-4400