# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## No. 24-CV-380

| | |
|---|---|
| C.M., *a minor, through his parents*, LEAH McGHEE AND CHAD McGHEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSON COUNTY BOARD OF EDUCATION; *and* ERIC R. ANDERSON, *in his individual capacity*,<br><br>Defendants. | **WITHDRAWAL OF CONSENT MOTION TO SEAL** |

Plaintiff C.M., a minor, through his parents Leah McGhee and Chad McGhee, moves to withdraw the Consent Motion to Seal Exhibit A to Plaintiff's Supplemental Motion for Settlement Approval (Dkt. 56). Defendants have confirmed that they no longer seek the sealing of the revised settlement agreement.

Dated:  July 22, 2025

Respectfully submitted,
/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
Craig D. Schauer
N.C. State Bar No. 41571
cshelton@dowlingfirm.com
DOWLING PLLC

3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351


/s/ James McQuaid
Dean McGee (special appearance entered)
James McQuaid (special appearance entered)
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 481-4400