UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 24-cv-380

| | |
|---|---|
| C.M., a minor, through his parents, LEAH McGHEE and CHAD McGHEE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DAVIDSON COUNTY SCHOOL DISTRICT BOARD OF EDUCATION, and ERIC R. ANDERSON, in his individual capacity, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

**STIPULATION OF DISMISSAL**

The Parties hereby notify the Court that the Settlement Agreement has been executed by all parties and the funds have been disbursed. No further controversy existing, the Parties agree and stipulate that this case be dismissed with prejudice.

Dated: September 3, 2025

    Respectfully submitted,
    /s/ Troy D. Shelton
    Troy D. Shelton
    N.C. State Bar No. 48070
    tshelton@dowlingfirm.com
    Craig D. Schauer
    N.C. State Bar No. 41571
    cshelton@dowlingfirm.com
    DOWLING PLLC
    3801 Lake Boone Trail, Suite 260

Raleigh, North Carolina 27607
Telephone: (919) 529-3351


/s/ James McQuaid
Dean McGee (special appearance entered)
James McQuaid (special appearance entered)
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 481-4400


 /s/ Ryan D. Bolick
Ryan D. Bolick, NC Bar #24682
CRANFILL SUMNER LLP
*Attorneys for Defendant*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
rbolick@cshlaw.com